# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MYRA MONTES,

        Plaintiff,

   v.

JO ANNE BARNHART,
Commissioner of Social Security,

        Defendant.

CASE NO. C04-2015JCC

ORDER

The Court, having reviewed the entire record, including the administrative record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Monica J. Benton, finds and orders as follows.  It is therefore ORDERED:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court REVERSES AND REMANDS the decision of the Commissioner of Social Security.

DATED this 9th day of January, 2006.

*[signature]*

John C. Coughenour

United States District Judge

ORDER